**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 36 MAP 2014
:
           Appellant : Appeal from the Order of the Montgomery
: County Court of Common Pleas, dated
: March 21, 2014, exited March 24, 2014, at
          v. : No. CP-46-CR-0009311-2012
:
:
KAHLIL BROCKINGTON, :
:
          Appellee :

## ORDER

**PER CURIAM**

    **AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**. See Commonwealth v. Hopkins, 117 A.3d 247 (Pa. 2015).